UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

James E. Rand

    v.                                          Case No. 18-cv-1211-PB

NH Department of Corrections, Commissioner, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 15, 2019, grant defendants' motion to dismiss, document no. 9, and deny plaintiff's motion for preliminary injunctive relief, document no. 3.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

Date: June 17, 2019

cc: James E. Rand, pro se
    Seth Michael Zoracki, Esq.